# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# _____ DIVISION

## CIVIL COMPLAINT

THE CHURCH OF JESUS CHRIST )
CHRISTIAN/ARYAN NATIONS OF )
MISSOURI, PASTOR MARTIN LUTHER )
DZERHINSKY LINDSTEDT, NEWTON )
COUNTY WHITE NATIONALIST- )
SOCIALIST LIBERTARIAN PARTY )
(Nazi-'Toons), et. al., )
        Revolutionist Plaintiffs )
        )
vs. ) CASE NO. 08-3405-CV-S-HFS
        )
SENATOR BARACK HUSSEIN OBAMA, )
Democratic Party Candidate for President, )
SENATOR JOHN 'MCNASTY' MCCAIN )
Republican Candidate for President, )
STATE OF MISSOURI, GOVERNOR MATT )
'RUNT' BLUNT, MISSOURI DEPARTMENT )
OF MENTAL HEALTH/FULTON STATE )
HOSPITAL, ATTORNEY-GENERAL JAY )
NIXON, SECRETARY OF STATE ROBIN )
CARNAHAN, MISSOURI SUPREME COURT, )
MISSOURI DEMOCRATIC PARTY, )
MISSOURI REPUBLICAN PARTY, MISSOURI )
LIBERTARIAN PARTY, TRAITOR GLENN )
MILLER, NEWTON COUNTY REPUBLICAN )
PARTY, SHERIFF KEN COPELAND, JUDGE )
JOHN LEPAGE, NEWTON COUNTY )
PROSECUTING ATTORNEY JACOB )
SKOUBY, ASST. PROSECUTING )
ATTORNEY BILL DOBBS, KAY BAUM, )
Newton County Clerk & Chief Election Official, )
et. al. )
        Regimeist Defendants )

**I.**     **Parties to this Civil Action**

1

*original*

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on back side of this sheet.)

A. Name of Plaintiff: The Church of Jesus Christ Christian/Aryan Nations of Missouri, Pastor/ArchBishop Martin Luther Dzerzhinsky Lindstedt, Newton County White Nationalist-Socialist Libertarian Party (Nazi-Toons) all headquartered at:

Address: 338 Rabbit Track Road, Granby, Missouri (Postal Zone) 64844

(In item B below, place the full name of the defendant in the first blank, his official position in the second adding word blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B. Defendant, u$ Senator Barack Hussein Obama is 'employed' as a professional politician whom the extremely idiotic whiggers of Illinois selected to be their u$ Senator and who the even more idiotic ZOGland whigger ass-clowns, sundry muds and jew cruds are about to (s)elect as president of the u$/ZOG/Babylon as the Democratic Party nominee, but NOT if Plaintiffs have anything to say about it. This Genesis 1:24-25 and 2:19 Sixth-Day mamzer-Beast of the Field has been tracked to its lair at: 713 Hart Senate Office Building, Washington, D.C. 20510.

C. Additional Defendants:

Senator John McCain is employed as a professional politician who the Arizona whiggers want as their Senator who is running for President of the u$/ZOG/Babylon. Since the Missouri Republican Party for its part schemed with Democrats to keep White men off the ballot, these whiggers deserve a good swift kick in the ass as well. What's good for the nigger is good for the whigger. This repellant idiot even more corrupt than O'Nigger has been hiding out for 26 years in the District of Corruption/Congoids at: 241 Russell Senate Office Building, Washington, DC 20510

STATE OF MISSOURI, GOVERNOR MATT 'RUNT' BLUNT, MISSOURI DEPARTMENT OF MENTAL HEALTH/FULTON STATE HOSPITAL, ATTORNEY-GENERAL JAY NIXON, SECRETARY OF STATE ROBIN CARNAHAN, all these regime criminals are by Missouri statute to be represented by regimeist Defendant Attorney-General Jay Nixon, whose address is: Missouri Attorney General's Office, Supreme Court Building, 207 W. High Street P.O. Box 899 Jefferson City, MO 65102.

The Missouri Democratic Party address is: 208 Madison Street, PO Box 719, Jefferson City, MO 65102.
The Missouri Republican Party address is: Missouri Republican State Committee, 204 East Dunklin, Jefferson City, Missouri, 65101
The Missouri Libertarian Party address is: Missouri Libertarian Party P. O. Box 78623 St Louis, MO 63178-8623.

2

The Newton County Republican Party address is: c/o NCRP Chairman Nick Myers CPA, P.O. Box 1725, 5873 Riverside Dr., Joplin, MO 64804.

Traitor Glenn Miller, a.k.a. Frazier Glenn Cross (Federal Witness Protection alias), a.k.a. Sergeant Snitch is currently using a post office box address as he would most certainly piss his pants if Plaintiffs were to reveal the street address of his doublewide, as he certainly fears everyone he ratted out coming to visit him in the wee hours of the a.m. with a dull knife and a bad attitude. Sgt Snitch's current P.O Box address insofar as known is: TraitorGlenn Miller, PO Box 3861, Springfield, MO 65808.

SHERIFF KEN COPELAND, JUDGE JOHN LEPAGE, NEWTON COUNTY PROSECUTING ATTORNEY JACOB SKOUBY, ASST. PROSECUTING ATTORNEY BILL DOBBS, KAY BAUM, Newton County Clerk & Chief Election Official, are by Missouri statute to be represented by Newton County Prosecutor Jacob Skouby, Newton County Prosecutor, 101 South Wood Street, County Courthouse, Neosho, MO 64850-1820

## II. Statement of Claim

(State here as briefly as possible the facts of your claim. Describe how each named defendants is involved. Include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of **related** claims, number and set forth each claim in a separate paragraph. [Use as much space as you need to state the facts. Attach extra sheets if necessary.] **Unrelated** separate claims should be raised in separate civil actions.)

**1.** The main reason that Plaintiffs are filing this lawsuit is simply that it goes against Plaintiffs religious beliefs to allow any non-white, especially a nigger, to be in any position of authority over any White man, no matter how degraded. Exodus 18:21-26, Deuteronomy 1:13, Leviticus 25:42-48 say that any rulers over Israel were to be of Israel and not of racial aliens or even outsiders. Since Dual-Seedline Christian Identity dogma, the ruling doctrine of The Church of Jesus Christ Christian/Aryan Nations of Missouri (Missouri Secretary of State Corporation # N00773365) holds that non-whites are the sixth-day beasts of the field, without souls, and are not even to be allowed to live among White Christian Israelites of the Servant Nation of YHWH, much less rule over them, then this lawsuit against lead Defendant Barack Hussein Obama is a religious duty that we dare not shirk.

We could, like other White Nationalist organizations, simply hope and pray for an assassin and enjoy the inevitable race riots which we seek. And we simply as White Men will NEVER obey any nigger president, but rather use this as an excuse for revolt. Unlike the Republican eunuchoid whiggers overheard whining about how "Obama is going to take away our guns," it is not as if we will ever let such a thing come to pass. Plaintiffs as National Socialists have no problem with socialism for the benefit of White people only. We don't think that taking from rich whigger and jew regime criminals running ZOG (Zionist Occupation Government)/Babylon to give to White People is anything but a good idea. However, We do not agree that White People are to provide in any way for non-whites or thieving whigger ('white' nigger) regime criminals and certainly not jews, the literal spawn of Satan whom We are commanded in Genesis 3:15 to hate. Rather such non-whites are to be expelled with extreme prejudice from Israel.

3

In Plaintiff Lindstedt's 2 1/2 year illegal imprisonment at the Fulton State Hospital (hereafter Nuthouse) as an illegally doped up political prisoner, Lindstedt has observed two racial realities: #1 There is no white man so far gone mentally that he doesn't think himself the infinite superior of any nigger; and #2, There was never a nigger whelped that didn't think that the White man owed him a living over slavery. Thus there is no hope for racial peace once segregation and the laws involving miscegination were unlawfully and under pretext done away with.

It is nonsense to listen to 'Doctor' Martin Luther Kong yap about negros wanting to be judged by the content of their character, not the color of their nappy pelts. It is nonsense because niggers always act according to their nature, wanting to get back to Africa. When Petitioner Lindstedt was under the power of nigger psychiatrists at the Nuthouse he was illegally forced to take psychotropic drugs first under Alicia 'Miz Cleo' Thompson and then under V. Marvelene French. These nigger witch doctors were determined to dope up the racist Klansman White Devil into submission, and even after they were gone from Lindstedt's [mis]Treatment Team, they would force the whigger quacks to continue the illegal doping regardless. They had no more respect for medical ethics or RSMo 630.183 saying that they had to get a kort order to dope up Lindstedt and certainly not for RSMo 630.180 saying that Lindstedt had a right to refuse treatment on the grounds of religious practice than George Bush, Ashcroft, Rumsfelt, and Gonzales had for the Geneva Conventions. Miz Cleo Thompson wrote in Lindstedt's paperwork that if psychotics at the Nuthouse were to attack Lindstedt and he defended himself it was to be deemed that Lindstedt 'provoked' it and Lindstedt was to be punished illegally for this. When nigger inmates attacked Lindstedt, French increased Lindstedt's forced drugs as punishment. They took action so that Lindstedt could not look at his medical records and make corrections of the record. Anyone White who is unfortunate to be under the power of niggers finds out that what happened at Santo Domingo, South Africa and Rhodesia and Reconstruction was no accident. Niggers invariably make life hell for Whites, and no amount of 'edjewcation' will ever change inherent hard-wired Typical Nigger Behavior (TNB), as Plaintiff Lindstedt found out. The only good thing about it was at least the record for never a Klansman ever getting raped by niggers held. One can never appeal to a nigger's better nature, but only to a nigger's inherent fear of the White man. Every nigger thinks that even the most cowardly whigger is a Klansman, and Plaintiff Lindstedt was viewed as the most evil White Devil by the niggers. This resulted in Lindstedt being assaulted only when nigger craziness at the Nuthouse overcame nigger fear. And these ZOGling whigger ass-clown herd animals want to elect one of them as President, the idiots.

Plaintiffs find Defendant Barack Hussein Obama far advanced both morally and mentally over that idiotic hypocrite whigger degenerate John McCain of the Republican Party. Yet it wouldn't matter if Defendant Obama was Jesus Christ, we still will not accept a nigger President. We will not obey a nigger president. And this racial antipathy shall tear apart the ZOGland.

**2.** Doubtless Reason #1 would not be enough for this u$ district regime kort (The term 'kort' is used to denote a regime tribunal which has absolutely no moral legitimacy, but rather exists as an organ for the enforcement of the will of a criminal regime under color of their own made-up 'law'.) However the State of Missouri criminal regimeist Defendants (State of Missouri, Attorney-General Jay Nixon, Governor Matt 'Runt' Blunt, Secretary of State Robin Carnahan, Department of Mental Health/Fulton State Hospital, Missouri Supreme Court, hereafter State of Missouri Defendants) and State Political Party Defendants (Missouri Democratic, Republican, and Libertarian State Partys) and Defendant Traitor Glenn Miller have conspired and brought

4

about a situation in which openly White Nationalist White Men are not allowed to run as a candidate with a political party which has state-wide ballot access.

In 2006, Traitor Glenn Miller tried to file to run for the 7th Congressional District for U.S. Congress as a Democrat, and Missouri Secretary of State informed the Missouri Democratic Party that they did not have to accept TraitorGlenn Miller's $100 filing fee, and thus allow Traitor Glenn Miller on the ballot. Previously, no political party was allowed to discriminate on any basis, and certainly not on the basis of religious or political belief or race from keeping any wannabe candidate from running for office. In Missouri, instead of the filing fee being paid to the state treasury, it is paid to the treasury of that political party. In the 1940s and 1950s, as part of an insidious program of 'civil rights' the U.S. Supreme Court ruled that the state Democratic political parties in the South could not claim to be a private organization and forbid niggers from running for political office on their political party ballots. Yet as a result of Plaintiff Lindstedt being locked up in the Nuthouse at the time, and the suspected connivance of Traitor Glenn Miller trying to file, and then through design and/or stupidity losing his federal lawsuit, these disbar White Men running for political office and thus disenfranchised them. TraitorGlenn Miller, when not allowed to run for office as a Democratic Party candidate, tried to run as a Republican Party candidate, then a Libertarian Party candidate and was turned down by these political parties.

Therefore, it would stand to reason if White Men cannot run for Governor in 2008 or KongressKritter in 2006, then no nigger should be allowed to run for President in Missouri at all. Therefore Plaintiffs ask that this Kort remove Defendant Barack Hussein Obama from the Missouri Democratic Party ballot for President of the United States.

3. The Defendant Traitor Glenn Miller has a long and sorry record of betrayal amongst the Patriot/Resistance [bowel] Movement, what is known amongst our kind as 'The Movement.' The heart of the Movement is Dual-Seedline Christian Identity, and has been so since forever. 160 years ago Christian Identity and Mormonism were the same religion, a racial religion for Whites only. Mormonism attached itself to reincarnation and went soft, allowing non-whites to become members in 1979. Christian Identity went from British Israeliteism to One-Seedline 'Covenant' to Dual-Seedline, the belief that there are two seedlines, one of Adamic man and of Jesus Christ, Christian and good, and one of Satan, of the jews, and irredeemably evil. That the non-whites were created on the Sixth Day and are the soulless 'Beasts of the Field.' The first of YHWH's commandments to the 6th Day muds is to breed their way to filling the earth. Adam was created on the Eighth Day. That Eve's sin was not in eating an apple but in having sex with Satan who took the form of a nigger and giving birth to Cain the first jew. The first of YHWH's Commandments is that of Genesis 3:15 for each seedline to hate the other. There was no worldwide flood, but rather a local flood to destroy the First Babylon in which, as Genesis Chapter Six documents, was Adamites misceginating with demons, jews and muds. Obedient Adamites who left for Europe, and 6th-Day muds of niggers in Africa and gooks in China were not affected. The 2d Babylon was founded after the Great (local Asiatic) Flood by Nimrod and Semiramis and the goal of that Babylon was the same -- the effort by the spawn of Satan to misceginate away the White Adamite race and to set up a multi-racial mighty Evil Empire of enmity against YHWH. YHWH confounded and scattered the Adamites and put a crimp in that plan, always in the genetic memory of jews. Today the Third and Final Babylon wishes to again destroy the White Adamic Abrahamic Israelite Servant Nation by means of miscegination (c.f.

5

Daniel 2:42-44) under a final mighty Evil Empire. Hitler could not destroy the jews because their plan in YHWH's design is to keep Heaven from being crowded by letting whiggers go to hell.

So Obama becoming President of Babylon the Third and Last is merely part of YHWH's design. Yet us DSCI Resistance fighters have the duty of making sure that the Great Tribulation is a bloody struggle until the return of Jesus Christ. This is why Dual-Seedline Christian Identity (DSCI) is the heart and soul of the Resistance. No one who is not DSCI can successfully feign otherwise to the Resistance.

Pastor Lindstedt is the political Apostle to the whiggers. It was admitted by many Nuthouse workers that Lindstedt was not crazy, but rather had bizarre religious beliefs. When it came time for mental evaluation or to determine the level of drugging, if Lindstedt expressed his religious and political views to his interrogators then it was because he was crazy. If Lindstedt didn't express his religious views, then Lindstedt was a calculating criminal building a racial hate religion to excuse his criminal activities. Either way Plaintiff Lindstedt was screwed until he built up a sufficient personal law library to write motions and convince a new ward whigger quack fresh out of medical school named Jason Cafar to take Lindstedt off the forced medications and thus end the excuse for holding Lindstedt indefinitely. Last heard Cafar was punished for not doping up Lindstedt and another inmate nicknamed BikerBob, a White motorcycle gang member who liked selling meth and killing people for money, who eventually got permanently incomped, by being reassigned from the awaiting trial G-6 punishment ward to the super-retardo G-7 ward.

When Lindstedt was first sent to the maximum security Biggs forensic unit, he was not allowed to keep his legal books and papers and so his 8th U.S. Circuit Court of Appeals lawsuit against Governor-(s)elect Matt 'Runt' Blunt went tits-up. Lindstedt was not even allowed to see the mental evaluations that sent him to Fulton by judge Kevin Lee Selby, in violation of RSMo 552.020, and so could not file a challenge to his illegal imprisonment in the Nuthouse. Since Missouri has done away with habeas corpus by severing it from the alleged criminal infraction and making of it a civil matter subject to nit-picking review by judges, and since public pretenders cannot file civil process, and since Biggs would not allow inmates access to a law library, essentially Lindstedt was detained indefinitely. Nor could Lindstedt manage to run for US Senate from within the Nuthouse, so Lindstedt arranged for his domestic partner Roxie Fausnaught to do so for him. Since Lindstedt was allowed access to newspapers, all he could do was to watch Traitor Glenn Miller arrange a disaster for White Men wanting to run for public office in March 2006 during filing season.

Traitor Glenn Miller has a long and sordid history as a ZOG informant. A drunken lifer from the US Army, he took $250,000 from The Order in the mid 1980s to set up a White Patriot Party from which The Order would recruit the select members into domestic terrorism cells. Instead the drunken swine got caught half-naked and puking all over himself with a trailer full of illegal weaponry and explosives in Ozark Missouri and to save himself he turned federal informant. The low part of Traitor Glenn Miller's career was the Ft. Smith Sedition Trial of 1987-88 in which DSCI stalwarts of the pre-Waco Old Resistance like Louis Beam, Pastor Richard Butler, and already convicted Order members like David Lane were tried for conspiracy to overthrow the federal regime. While every single political prisoner was guilty as hell of wanting to overthrow the federal criminal regime, what was not believable was that they could get along together to

6

create a criminal conspiracy without killing each other first. Traitor Glenn Miller's lying testimony to the contrary was so unbelievable that the jury returned a 'not guilty' verdict.

Traitor Glenn Miller is thus fearful to be in the same room as White Men. In late July or early August of 2000, after Pat Buchanan had denounced Lindstedt, then running for US Senate as a Reform Party candidate, Traitor Glenn Miller invited himself to visit Lindstedt in his office mother's double-wide at the foot of the hill in Granby, Missouri. Traitor Glenn Miller (TGM) talked about his work in the Patriot Movement and Klan marches in North Carolina and gave Lindstedt a copy of his book and a video-cassette, while Lindstedt talked about getting on the Internet. When talk ran to how Lindstedt knew Louis Beam and David & Katya Lane and took orders from Louis Beam, TGM got all sick looking and yapped about how, "I was a federal informant but no one went to prison as a result of my testimony," and ran out of the office to his Geo outside. Miller looked a lot better outside and shortly left. After Lindstedt contacted Louis Beam and Katya Lane annd found out about TGM's past history, it was concluded that TGM was sick with fear that Lindstedt was toying with him with talk of Louis Beam and the Lanes and was likely to pull his revolver out of a desk drawer and kill Traitor Glenn Miller and claim self defense. Lindstedt put out the story after reading TGM's book about his cowardice and self-serving treason.

TGM wanted Lindstedt to put his self-serving vanity book, "A White Man Speaks Out" onto the Internet, as Lindstedt was an accomplished propagandist. Upon speaking with Louis Beam and Katya Lane, it was decided to put this caught rat's lying book upon the Internet as a lesson of how ZOG uses cowardly race traitors. Traitor Glenn Miller mistakenly thought Lindstedt was a friend as Lindstedt was always superficially polite to him.

When 2004 came, and Lindstedt was running as a Republican candidate for governor against Matt 'Runt' Blunt, some sort of overt racist was needed to run for US Senate against Jim 'No' Talent. Lindstedt tried to talk TGM into paying $200 to file to run, but TGM essentially hinted that his Witness Protection Program handler wouldn't let him. At the same time, Lindstedt was going on listservers admitting that while TGM was a treasonous piece of shit and a caught rat, he needed a racist with plenty of money from the feds to run for US Senate to try to destroy the Missouri Republican Party of whiggers. This duplicity was featured on Alex Linders Vanguard News Network (VNN) forum. Some other snitch told Sgt. Snitch about Lindstedt's duplicity and so TGM called Lindstedt on March 10, 2004 and whined about Lindstedt insulting his manhood as a rat. Soon afterwards, TGM got in touch with Alex Linder and started a thread on VNNF and got his own computer and on the Internet: http://www.vnnforum.com/showthread.php?t=3109

Traitor Glenn Miller then essentially became Alex Linder's paymaster as Linder has never been able to pay his way, being supported by Dr. William Pierce's National Alliance, then when Pierce died, by Billy Roper of WhiteRevolution until the Christmas Coup of Christmas 2004. After that TGM essentially pays Linder's bills as a ZOG paymaster. They started a bogus "White Freedom Party" as opposed to simply subverting the Missouri Libertarian Party by having their skinhead minions take over at the county and local precinct and district level.

In 2006, TraitorGlenn Miller tried to run for US Congress, first as a Democrat, then as a Republican, then as a Libertarian. Secretary of State Robin Carnahan essentially informed these political parties that they could refuse TGM's $100 filing fee and thus keep White racists off their ballot. This is the first time that has been allowed. Plaintiffs are convinced that TGM was sent to create this precident, and then to screw up the federal lawsuit so that as a result White

7

Nationalists and individual open White Men could be disenfranchised and kept from running for political office on any established political party in Missouri. With Plaintiff Lindstedt locked up securely in the Nuthouse, then this corrupt plot would stand. This lawsuit by Plaintiffs is to reverse and punish race-traitors like TGM and regime criminal state Defendants.

As this lawsuit matures, Plaintiffs intend to add these ZOG false-front organizations like VNN and to rummage through their records or shut them down through ridicule by their intended prey in the Movement.

Plaintiffs hereby demand that the Missouri Democratic, Republican, and Libertarian Partys be hereby outlawed as state-wide organization for their crimes against a republican form of government as guaranteed by the US/ZOG/Babylon3 CONstitution.

**4.** Plaintiffs hereby petitions that Defendant John McCain not benefit from Plaintiff's lawsuit. Plaintiff had considered playing a dirty trick by linking John McCain to this lawsuit. The only difference between Plaintiffs and Republican whiggers like RuntBlunt and John McCain is that Plaintiffs will openly say that niggers, beaners, jews and females should not be allowed to vote, while Republicans as hypocritical lying whiggers have to hide behind 'code-word' racism. The Missouri Republican Party disenfranchised White Nationalist candidates from running in their party, they should be outlawed, along with their candidates until they allow the White Man to have all his full political rights under the original CONstitution and Bill of Goods.

**5.** Plaintiff Lindstedt hereby demands that Revised Statute of Missouri (RSMo) 115.355 forbidding him and other political prisoners awaiting trial from running in abstentia be declared unCONstitutional. Simply put the State of Missouri regime criminal Defendants have pulled the same crap for which ZOG blames Russia, China, Iraq, Iran, North Korea, and the African states of Niggeria and Zimbabwe of doing -- imprisoning their political opposition so that they cannot participate in open, free and fair elections. Before ZOG whines about the human-rights mote in the eyes of non-whites, it first ought to remove the beam from its own eye.

**6.** The Missouri Supreme Kort Defendant refused to obey the law and proceed with an election challenge by Plaintiff Lindstedt against Defendant Jay Nixon running for governor on the Democratic Party ticket. More on this in the Results section below.

**7.** Because of terrorism and intimidation, the Newton County Regime-Criminal Defendants, with the exception of Kay Baum, scared Plaintiff Lindstedt's domestic partner Roxie Fausnaught from withdrawing from running as the Newton County Libertarian Party (NCLP) candidate for Sheriff of Newton County in favor of Plaintiff Lindstedt as the NCLP nominating committee nominee for sheriff. Henceforth, Plaintiffs demand that the Newton County Republican Party be outlawed except for Defendant Kay Baum running for county clerk. That Defendant county prosecutor be forced to face election, but be restrained from running and that only the renamed Newton County White Nationalist-Socialist Libertarian People's Party (NC-WNSLPP) be allowed to run candidates for county prosecutor and judges as they have earned it by conquest.

**8.** Plaintiffs reserve right to amend this complaint after service under the Federal Rules of Appellate Procedure, as time compels filing this before the Nov. 4, 2008 general (s)election.

### III. Relief

8

**State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.**

1. Plaintiffs want this Court to remove both Regimeist Defendants Barack Hussein Obama and John McCain from the Missouri ballot and to disallow any votes cast for them from counting. There is no suit against Libertarian presidential candidate Bob Barr. Nor against any other political party candidates for President. If neither the Democratic Party niggers or Republican Party whiggers ('white' niggers) can or will allow openly White men to run for governor or congresskritter or any other office, then the niggers and whiggers of these treasonous political parties should be barred from the ballot as well. By closing ballot access to an entire race of citizens, the State of Missouri has endorsed nothing less than political, then actual genocide against Whites, if you will not allow their leading racial patriots to run for public office.

2. Plaintiffs want the Missouri Democratic, Republican, and Libertarian parties outlawed within the state of Missouri at the state level. Previous to TraitorGlenn Miller's attempt to run for Congress in 2006, these political parties had to take the filing fees of all who wished to file. These filing fees went, improperly, not into the state treasury, but rather as slush funds to the political parties. When Secretary of State Robin Carnahan allowed these political parties to deny ballot access to overt White men, even a treasonous snitching piece of shit like TraitorGlenn Miller, then every single White man was disenfranchised for the sole reason that he is a White man, with the inherent racial and political attitudes inherent in our breed. Therein lies a racial, religious, and class civil war, as we are not bound by any criminal regime which would enslave us as an inferior race, religion, and class.

    The United States/ZOG (Zionist Occupation Government)/Babylon has often violated the requirement to having a republican form of government by disenfranching White men after the first Civil War. It brought about the Ku Klux Klan, which is the forerunner to our White Nationalist religious and political organization. Today over half the Klans are Christian Identity. The Democratic Party under Rosenfelt banned the National Socialist German Workers Party, although they had been democratically elected. Likewise the Republican Party under Bush II has unlawfully outlawed the Iraqi Baath Party, and shown what contempt that they have for democratic process and rule of law by plotting against the Palestinian Hamas government and Hugo Chavez's Venezuelan government. Therefore, it would seem to Plaintiffs that the Democratic, Republican, and Libertarian political parties be outlawed until such time as they respect the political rights of everyone who disagrees with them, particularly White men and racial and religious patriots. Otherwise, all who are aggrieved by these farcical pretend elections have no other recourse but to use violence and terrorism to overthrow these hostile regimes and establish whatever forms of government best suited to fulfill our racial, religious and political needs and requirements by any means necessary.

    Plaintiffs suggest that at the very least, that this regime kort end up restoring the *status quo ante* to 2006, of making every political party with ballot access accept the filing fees of anyone wishing to run for political office. This will not fully satisfy us, but it will at least remove our most legitimate complaints. If these corrupt political parties run by fifth-rate thieving political hacks don't wish to be associated with 'racist' White Devils and religious fanatics, then let there be a function to where filing fees can be deposited to the state treasury as opposed to being a slush fund for political party hacks who run these dens of iniquity.

9

3. Plaintiffs want the Newton County Republican Party (NCRP) outlawed for the purposes of the 2008 election cycle, with the exception of Kay Baum, County Clerk and Chief Election Official. As she has practiced rule of law, allowed Plaintiff Lindstedt to vote and run himself and other candidates for office in every single election since 1996, and because it is wise not to try to kill everyone but to leave some deserving political opponents alive so that regimeist surrender will take place, Plaintiffs have no quarrel with her or her office employees. In fact, Plaintiff was going to go into a tortuous Genesis Chapter 9 and Revelations Chapter 20 interpretation so we wouldn't kill off her suspected Khazar jew husband, until she said that she wasn't married to a jew, making that dispensation unnecessary. Plaintiffs sue Kay Baum only in an official capacity and otherwise have nothing but respect for her as a person and an elected official.

In addition, incumbent Republican judges and other officeholders are to be removed from office as well. Any Newton County Democratic Party candidate is to be allowed to run and have his votes counted with the exception of the Sheriff's race. The Newton County Libertarian Party (NCLP) has voted to change its name to the Newton County White Nationalist-Socialist Libertarian People's Party and to nominate Pastor Martin L.D. Lindstedt as its nominee. The county party symbol has been changed to the banner of the Church of Jesus Christ Christian/Aryan Nations of Missouri (CJCC/AN) which is the Confederate Stars & Bars battle flag but with swasticas as opposed to stars, thus being a racial religion battle flag, with an outline of the State of Missouri under the center swastica. In addition, there are to be elections in which the offices of judges, sheriff and prosecuting attorney, which was improperly not opened for election, in which only the nominees of the NC-WNSLPP are allowed to participate. To the victors belong the spoils. The Newton County Democratic Party did not fight to win these positions, therefore they should not be given something that they didn't fight for.

Plaintiffs intend to use their police and judicial powers to bring up trumped up charges against their Republican party enemies, to torture them and their children into making confessions, exterminating entire families of regime criminal whiggers, confiscating their property, and essentially setting up a Revolutionary Reign of Terror to replace a Regimeist Reign of Error. A few regime criminal whiggers will be given the option of a plea 'bargain' in which they plead NGRI -- Not Guilty By Reason of Insanity -- to Piglice Testicle-Eating Syndrome (PTES), a compulsion on the part of piglice and sundry regime criminals to bite off their own testicles and that of their own spawn. Some of their spawn might pass muster in a Resistance Eugenics Kort and be indoctrinated to become good little Nazis.

Plaintiff Lindstedt was imprisoned and doped up for 2 1/2 years on the diagnosis of Psychotic Disorder Not Otherwise Specified (PDNOS) by sundry jew, nigger quacks who used their government credentials to torture Plaintiff under color of law. If the Newton County Republican Party can abuse the law to essentially destroy their political enemies' families, lives, and property, then they have no reason for complaint when what goes around comes around. Newton County is essentially nothing more than a Turd-World shithole where the Anglo-mestizos and whiggers speak English and respect for "rule of law" is no more advanced than Niggeria, Somalia, Afghanistan, or Bolivia. Newton County is like Brazil with snow. Allowing Newton County to be run by theocratic warlords like Plaintiffs would be an advance up the political food chain from the current situation.

4. Plaintiffs seek to overturn Revised Statute of Missouri (RSMo) 115.355's requirement that candidates for election be present to file as unCONstitutional and contrary to the

10

US/ZOG/Babylon and Missouri Bills of Goods. The regime-criminal Defendants have essentially pulled the same crap that they whine about the Russians, Chinese, Iranians, Koreans, and Africans in Niggeria and Zimbabwe of doing -- imprisoning the criminal regime's political opposition in prisons and nuthouses so that they cannot file or run for public office. Julius Caesar crossed the Rubicon at the head of his army because the reactionary ruling regimeists wouldn't let him run in abstentia and Caesar was too smart to disband his army and get murdered. The end result is that Caesar got himself elected by violence and terror to first become consul, then dictator for life. The whole purpose of elections is the peaceful transfer of power. Any and every political activist awaiting trial should be released to file for public office, or allowed to run in abstentia for public office if they are improperly deemed or pretended to be a flight risk or held on no bail or excessive bail. Even the British Empire allowed the Irish to run IRA freedom fighters for office as Members of Parliament, both in 1918 and 1981. So this criminal regime can and must allow its political prisoners to run for public office, regardless of the trumped-up bogus charges made up against them.

5. Plaintiffs demand that this Court compel TraitorGlenn Miller to testify truthfully as to his part in destroying White Men's right to run for public office. We ask that court records and files as to his bogus pretend lawsuit against the political parties and the Secretary of State be made available to Plaintiffs at cost. We demand to see how TraitorGlenn Miller can bankroll much of the supposed White Nationalist Movement in Missouri on nothing more than a federal informant's pension and salary. We ask to see the records of supposed associates of TraitorGlenn Miller who wanted to set up a so-called White Freedom Party, especially Alex Linder of VNN. We do not ask that this regime punish TraitorGlenn Miller for anything other than evasion and perjury concerning this particular case, as we reserve that pleasure for ourselves.

6. Plaintiffs demand that the criminal regimeist Defendant Missouri Supreme Court be henceforth forced to obey the law, especially RSMo 115.555, 115.557, 115.559 stating that this Missouri Supreme Court is to hear the complaints arising from those who, like Plaintiff Lindstedt did file an election complaint/challenge against Plaintiffs Nixon, Blunt, Carnahan and Missouri Democratic Party that he was not allowed to run for governor as a result of being imprisoned illegally in the Nuthouse. Furthermore, that the Newton County Circuit Court be forced to obey the law, especially RSMo 115.579 and those governing change of names. Additionally, Plaintiffs request that this Court order new elections under virtue of RSMo 115.593. There is no reason why this federal district court cannot enforce the laws of the State of Missouri upon the wicked erring regime criminals of Missouri who were supposedly supposed to obey their own laws.

7. If the State of Missouri cannot and will not keep the conditions of admission into the Union of 1821, which rights were far superior in terms of freedom of the individual, then Plaintiffs demand that the political and corporate entity calling itself the State of Missouri be dissolved as a sovereign state. In short, we Plaintiffs ask that this federal district court revoke the State of Mssouri's corporate charter by law, as opposed to imposing upon Resistance Revolutionaries the unpleasant, but anticipated, duty of dissolving this corrupt state regime by means of revolutionary activity, with all the misery that this implies upon 'innocent' ZOGling herd-animal whiggers as well as ourselves.

**IV.     Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?**

Yes

**V.      Do you claim actual or punitive monetary damages for the acts alleged in your complaint?**

No. The overall purpose of this lawsuit is to seek injunctive and declarative relief. Plaintiff is not suing Defendants for their role in torturing Plaintiff Lindstedt, or denying him habeas corpus, or destroying his family or keeping him imprisoned for 3 1/2 years in jail or the Fulton Nuthouse. Rather it is for denying Plaintiffs their political rights, which is to be the purpose of injunctive and declarative relief in this federal regime kort. Plaintiffs do not really want money and the Defendants don't have enough heads or pelts to satisfy Plaintiffs, given that the CONstitution did away with Bills of Attainder, Forfeiture of Estate, and Corruption of Blood. Defendants are to be tried, quickly, and damned according to the Judgment against the House of Ahab by Plaintiff's ecclesiastical kort in any case.

If you answered yes, state the amounts claimed and the **reasons** you claim you are entitled to recover money damages

_____
_____
_____

**VI.     Counsel**

Do you have an attorney to represent you in this civil action?

No

A. Have you made any effort to contact a private attorney to determine if he or she would represent you in this civil action?

No

       B.     If you answered yes, state the names and addresses of the attorneys contracted, and give the results of those efforts.

_____
_____

       C.     If you answered no, state your reasons why no such efforts have been made.

Plaintiff Lindstedt has been illegally imprisoned for 3 1/2 years because he refused to be [mis]represented by an officer of a criminal regimeist kort. The Plaintiffs hold that lawyers are nothing more than counter-revolutionary parasitic regime criminals who should as public revolutionary policy be exterminated root and branch, tortured to death, with their pelf to be confiscated for the benefit of a White Nationalist theocratic military dictatorship. In addition, the lawyers who are jews are viewed as the biological spawn of Satan, and those lawyers who are merely muds or whiggers are viewed as the adoptive spawn of Satan, so there is a religious objection. Any lawyer sneaking up claiming to want to represent Plaintiffs, if not shot out of hand, would be regarded with extreme suspicion. We have no money. We have only a Genesis 3:15 hatred against regime criminals. What's in it for lawyers? Besides, we want to foreswear skinning as few of the scurvy tribe as possible.

### VII. Administrative Procedures

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?

Yes

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure.

1. The claims that Plaintiff Lindstedt was not allowed to vote was presented to the Missouri Department of Mental Health/Fulton State Hospital (DMH/FSH), and independently to the Missouri Protection and Advocacy Service (MoPAS). Then a complaint about not being allowed a notary so I could sue the Nuthouse with a verified complaint. Then a complaint about not being allowed to leave the Nuthouse to go to Jefferson City to file for governor. There were complaints to the so-called MoPAS, and they did work on the attempt to keep Plaintiff Lindstedt from voting in the Presidential Primary. There was supposedly a meeting between the Missouri Secretary of State and DMH/FSH about Plaintiff Lindstedt and other inmates not convicted or judged incompetent to vote, but Plaintiff Lindstedt was not allowed to attend nor even get the meeting minutes, although they were requested. Eventually DMH/FSH employee Peggy Reed-Lohmeyer, Team Manager of the Guhleman G-6 Awaiting Trial ward essentially came around to Lindstedt's contention that it was up to the election authority to decide voter qualifications, and to not violate Revised Statute of Missouri (RSMo) 630.120 which says that inmates have the same rights as those outside and are to be presumed competent. She had no choice. Then the Nuthouse granted Lindstedt his notary public. MoPAS made a complaint, but never did sue the DMH/FSH for violating patient political and civil rights in that regard. The grievances that Lindstedt filed were evaded on the lower level and not answered on the higher

13

level. Prisoner Lindstedt was threatened with a complete loss of 'priviledge' to file grievances if he filed what was deemed too many.

In fact, when Lindstedt came to the DMH/FSH, he filed numerous grievances and then was barred from filing any more by the 'consumer rights' people who handled grievances at Fulton State Hospital. Lindstedt was assaulted quite often, with the connivance of doctors and staff, and twice a sympathetic nurse filed a grievance about assault and was threatened with writeup for reporting this, as Lindstedt was forbidden from filing grievances. The Calloway County Sheriff's Department said that they wouldn't investigate an assault because the head of the facility, Marty Ann Martin told them that Lindstedt filed a forest-worth of baseless grievances.

Minor grievances about DMH/FSH violating patient rights were sometimes answered up to the highest levels. Major violations of patient rights were usually ignored. From July 2006 until Oct. 2007, Plaintiff Lindstedt was not allowed to file grievances at all. Thus the grievance system was a joke at DMH/FSH, as they run a Nuthouse, and a torture center, not a real hospital.

2. The Newton County Sheriff's Department was similarly cavalier about answering grievances. Since Plaintiff Lindstedt refused to allow a lawyer, and particularly a public pretender to [mis]represent him for his trumped-up charges of statutory sodomy based upon what one of their pigs said a therapist said Plaintiff's retarded six-year-old grandson said that Plaintiff Lindstedt had allegedly kisssed his penis years ago, the Sheriff conspired with a judge named Selby to send Lindstedt to the Nuthouse for 2 1/2 years. Judge LePage denied Lindstedt habeas corpus. When the Nuthouse finally released Lindstedt because one of the new whigger psychiatrists fresh out of medical school refused to dope up Lindstedt, the excuse to keep Lindstedt collapsed, so Lindstedt was brought back to the jail. After two months Lindstedt got the right to act as his own attorney. Then Lindstedt filed grievances asking to be allowed to use the County law library and have a notary. After a number of weeks, on Sept. 9, 2008, Sheriff Copeland refused to allow Lindstedt both the law library and the notary public so Lindstedt could run for sheriff against Copeland. Lindstedt filed a motion to get access to a law library and Judge LePage allowed the law library one hour per day but no notary. Copeland whined that he would have to hire two more pigs to watch Lindstedt. Lindstedt drafted a motion for two more inmates to have access to a law library and upon Lindstedt insisting that Copeland obey the court order, Copeland told Skouby to tell LePage that he had an inmate mutiny on his hands and to allow Lindstedt to finally make bail. Lindstedt bailed out finally on Oct. 23, 2008.

The grievance process is a joke in Newton County. Plaintiff complained about getting four front teeth broken out by a sheriff's deputy transferring him to Fulton State Hospital on Dec. 6, 2005 and was told to not file any more grievances or not be allowed to file grievances. Just like DMH/FSH, the Newton County Jail is simply a torture center to compel prisoners to want the better life in a prison. Thus grievances are a joke. Prisoner filed literally hundreds of

14

grievances over the time he was imprisoned in Newton County. What grievances were answered resulted in a denial by Sheriff Copeland.

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures.

_____

Hail Victory!!!

*Martin L. D. Lindstedt* Pastor CJCC/AN
Pastor Martin Luther Dzerzhinsky Lindstedt
ArchBishop of the Church of Jesus Christ Christian/Aryan Nations of Missouri
Chairman, Newton County Libertarian Party
Chairman, Newton County White Nationalist-Socialist Libertarian People's Party
338 Rabbit Track Road
Granby, Missouri 64844
(417) 472-6901

15

Signed this 3rd day of November 20 08

*Martin L. D. Lindstedt* (signature)


## VERIFICATION

State of Missouri  )
                   )
County of Newton   )

Martin L. D. Lindstedt being first duly sworn under oath, presents that he is the plaintiff in this action; that he knows the contents of the complaint; and that the information contained therein is true to the best of his knowledge and belief.

*Martin L. D. Lindstedt Pastor CJCC/AN* (signature)
Pastor Martin Luther Dzerzhinsky Lindstedt for all Plaintiffs
**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 3rd day of November, 20 08

*Valerie Littlefield* (signature)
Notary Public

10-1-11
My Commission Expires

VALERIE LITTLEFIELD
Notary Public, Notary Seal
State of Missouri
Newton County
Commission # 07288254
My Commission Expires October 01, 2011

16

## Certificate of Service

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Senator Barack Hussein Obama, Democratic Party Candidate for President, 713 Hart Senate Office Building, Washington, D.C. 20510.

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Senator John 'McNasty' McCain, 241 Russell Senate Office Building, Washington, DC 20510

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Attorney General Jay Nixon for himself and the Missouri regime-criminal Defendants State of Missouri, Governor Matt 'Runt' Blunt, Secretary of State Robin Carnahan, Missouri Department of Mental Health/Fulton State Hospital, Missouri Supreme Court at: Missouri Attorney General's Office, Supreme Court Building, 207 W. High Street, P.O. Box 899, Jefferson City, MO 65102.

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to the Missouri Democratic Party, 208 Madison Street, PO Box 719, Jefferson City, MO 65102.

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Missouri Republican State Committee, 204 East Dunklin, Jefferson City, Missouri, 65101

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Missouri Libertarian Party P. O. Box 78623 St Louis, MO 63178-8623.

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid toThe Newton County Republican Party, c/o NCRP Chairman Nick Myers CPA, P.O. Box 1725, 5873 Riverside Dr., Joplin, MO 64804.

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to TraitorGlenn Miller, PO Box 3861, Springfield, MO 65808

Plaintiff Pastor Martin L.D. Lindstedt hereby certifies that he mailed a copy of this verified complaint via U.S. mail on Nov. 3, 2008, postage prepaid to Newton County Prosecutor Jacob Skouby, Newton County Prosecutor, 101 South Wood Street, County Courthouse, Neosho, MO 64850-1820 who by Missouri statute is to represent Newton County regime criminals SHERIFF KEN COPELAND, JUDGE JOHN LEPAGE, NEWTON COUNTY PROSECUTING ATTORNEY JACOB SKOUBY, ASST. PROSECUTING ATTORNEY BILL DOBBS. Plaintiffs are forced by law to sue KAY BAUM, Newton County Clerk & Chief Election Official.

*[signature]*