IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CHURCH OF JESUS CHRIST CHRISTIAN/ARYAN NATIONS OF MISSOURI, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-3405-CV-S-HFS |
| SENATOR BARACK HUSSEIN OBAMA, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

The docket sheet refers to a pending motion (Doc. 6) that, on examination, appears to be more of a report than a motion. Plaintiff does assert, on page 5 of his report, an "intention" to file a motion holding Sheriff Copeland in contempt for avoiding service of process, and says he will amend "to make reference" to an alleged assault and battery.

The Sheriff has, through counsel, entered an appearance and filed a motion to dismiss, which is being granted. Insofar as plaintiff wishes to pursue a claim for assault and battery he is free to do so in new litigation.

If Doc. 6 can be construed as a motion, it will be DENIED.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

June  17 , 2009

Kansas City, Missouri