IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CHURCH OF JESUS CHRIST ) | | |
| CHRISTIAN/ARYAN NATIONS ) | | |
| OF MISSOURI, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Case No. 08-3405-CV-S-HFS | |
| ) | | |
| SENATOR BARACK HUSSEIN OBAMA, ) | | |
| et al., ) | | |
| ) | | |
| Defendants. ) | | |

**ORDER**

It is my recollection that the pertinent issue arguably advanced by plaintiffs is the enforceability of limitations on filing for public office by persons in custody. In any event, the motion to dismiss certain parties (Doc. 16) is unopposed, appears to be sound, and will be granted. It is therefore

ORDERED that the amended complaint against defendants Skouby, Dobbs, Copeland, Baum and the Newton County Republican Party is hereby dismissed as to those defendants.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

November  25 , 2009

Kansas City, Missouri