IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| THE CHURCH OF JESUS CHRIST CHRISTIAN/ARYAN NATIONS OF MISSOURI, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08-3405-CV-S-HFS |
| SENATOR BARACK HUSSEIN OBAMA, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Pending before the court are several motions filed by plaintiff. Docs. 19 and 20. A review of the docket sheet indicates defendants have not been served with process as required by Rule 4, Federal Rules of Civil Procedure. While request for waivers have apparently been made, no executed waivers have been filed, as would be required by Rule 4(d)(4). Plaintiff recites there may have been attempts at service of process but no returns showing successful service have been filed. Rule 4(l)(1).

It is therefore ORDERED that all pending motions (Docs. 19 and 20) be denied because the defendants are not yet before the court. It is further ORDERED that plaintiff show cause within 30 days why this case should not be dismissed without prejudice for failure to obtain timely service under Rule 4(m). An adequate response to the order would be the timely filing of appropriate proofs of service.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

September  2 , 2010

Kansas City, Missouri