# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-3557

_____

The Church of Jesus Christ Christian/Aryan Nations of Missouri

Plaintiff

Pastor Martin Luther Lindstedt, ArchBishop and Chairman

Plaintiff - Appellant

Newton County White Nationalist - Socialist Libertarian Party

Plaintiff

v.

Senator Barack Hussein Obama; Senator John M. McCain; State of Missouri; Governor Matt Blunt; Missouri Department of Mental Health/ Fulton State Hospital; Attorney General Jay Nixon; Secretary of State R. Carnahan; Missouri Supreme Court; Missouri Democratic Party; Missouri Republican Party; Missouri Libertarian Party; Traitor Glenn Miller; Newton County Republican Party; Sheriff Ken Copeland; Judge John Lepage; Newton County Prosec Skouby; Asst. Prosecuting At Dobbs; Newton County Clerk Baum; Governor Jay Nixon

Defendants - Appellees

------

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03405-DGK)

------

## JUDGMENT

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 31, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans