# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-3557

The Church of Jesus Christ Christian/Aryan Nations of Missouri

Pastor Martin Luther Lindstedt, ArchBishop and Chairman

Appellant

Newton County White Nationalist - Socialist Libertarian Party

v.

Senator Barack Hussein Obama, et al.

Appellees

------

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03405-DGK)

------

**MANDATE**

In accordance with the judgment of 01/31/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 02, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit